# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Elvis T. and C.R.T.V., a minor child by and through her parent and guardian Elvis T., | Case No. 26-CV-0561 (KMM/JFD) |
| Petitioner, | **ORDER** |
| v. | |
| Pamela Bondi, Attorney General; Kristi Noem, Secretary, U.S. Department of Homeland Security; Todd M. Lyons, Acting Director of Immigration and Customs Enforcement; and David Easterwood, Acting Director, St. Paul Field Office Immigration and Customs Enforcement, | |
| Respondents. | |

**IT IS HEREBY ORDERED THAT**:

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of petitioners Elvis T. and C.R.T.V. by no later than **3:00 p.m. Central on January 23, 2026**, certifying the true cause and proper duration of Petitioners' confinement and showing cause why the writ should not be granted in this case. An immediate response is necessary due to the age of petitioner C.R.T.V.

2. Respondents' answer should include:

    a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioners' detention in light of the issues raised in the habeas petition;

1

    b.    A reasoned memorandum of law and fact explaining respondents' legal position on Petitioners' claims;

    c.    Respondents' recommendation on whether an evidentiary hearing should be conducted;

    d.    Respondents' view as to whether—and if so, why—this matter is materially distinguishable, either factually or legally, from *Belsai D.S. v. Bondi*, No. 25-CV-3682 (KMM/EMB), 2025 WL 2802947 (D. Minn. Oct. 1, 2025); and

    e.    Whether the absence of a warrant preceding Petitioner's arrest necessitates Petitioners' immediate release.

3. If Petitioners intend to file a reply to respondents' answer, they must do so by no later than **noon on January 24, 2026**. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

4. Respondents are **ENJOINED** from moving Petitioners outside of Minnesota until further order of the Court, so that Petitioners may consult with counsel while the Court is considering the petition, and so that there is no risk that removal of Petitioners from Minnesota will deprive this Court of jurisdiction over the petition. If Petitioners have already been removed from Minnesota, respondents are **ORDERED** to immediately return Petitioners to Minnesota.

5. Petitioners' motion for an order to show cause is **GRANTED** insofar as it is consistent with the briefing schedule set forth above.

**This is subject to modification if more urgent steps are required.**

Dated: January 22, 2026                    *s/Katherine M. Menendez*
                                                Katherine Menendez
                                                United States District Judge