# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Elvis Joel Tipan Echeverria, C.R.T.V., | **JUDGMENT IN A CIVIL CASE** |
| Petitioners, | |
| v. | Case Number: 26-cv-561 KMM/JFD |
| Pamela Bondi, Kristi Noem, Todd M. Lyons, David Easterwood, | |
| Respondents. | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Respondents shall release C.R.T.V. to the custody of her attorney, Kira Kelley, who has signed a notarized Delegation of Parental Authority pursuant to Minn. Stat. Sect. 524.5-211 with C.R.T.V.'s mother and custodial guardian, transferring custody temporarily to Attorney Kelley for the purpose of retrieving the infant from immigration detention.

2. No security is required under Federal Rule of Civil Procedure 65(c). The request seeks only to prevent ongoing statutory and constitutional violations; Petitioner is detained and unable to post a bond; and the relief ordered here—maintaining the status quo—presents no apparent risk of monetary loss to the Government.

3. This injunctive Order shall remain in effect for the duration of these proceedings, unless extended by further court order under Federal Rule of Civil Procedure 65(b)(2).

4. Respondents must release C.R.T.V. to Ms. Kelley by 9:30 p.m. today. Respondents must notify the Court as soon as the infant is released.

| | |
|---|---|
| Date: 1/23/2026 | KATE M. FOGARTY, CLERK |