# UNITED STATES DISTRICT COURT
## District of Minnesota

Elvis Joel Tipan Echeverria, C.R.T.V.,

Petitioners,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood,

Respondents.

## AMENDED JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-561 KMM/JFD

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Elvis TE's Petition for a Writ of Habeas Corpus (Dkt. 1) is **GRANTED**.

2. The Court **DECLARES** that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(1) or § 1225(b)(2) and **ENJOINS** Respondents from denying release or other relief on the basis that he is subject to such mandatory detention.

3. The Court **ORDERS** Respondents to immediately release Petitioner, **subject only to any conditions in place prior to his arrest and no later than 5:00 p.m. on March 15, 2026**.

4. Upon his release, Respondents must return **all of Petitioner's personal effects seized as a result of his arrest, including but not limited to immigration paperwork**. His property must be returned in the same condition as it was in at the time he was arrested.

5. Finally, the Court **ORDERS** Respondents to file a notice within 24 hours of Petitioner's release, specifying the date, time, and location of his release.

Date: 3/13/2026

KATE M. FOGARTY, CLERK